■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD AKAM, Appellant. [671 NYS2d 1018] —Appeal by the defendant from a judgment of the County Court, Nassau County (Palmieri, J.), rendered May 15, 1996, convicting him of grand larceny in the third degree (seven counts) and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Santucci, J. P., Joy, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK BONITTO, Appellant. [671 NYS2d 1018] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Golia, J.), rendered July 8, 1996, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court did not improvidently exercise its discretion in denying the defendant's motion to withdraw his plea of guilty (*see,* CPL 220.60 [3]; *People v Santana,* 176 AD2d 360; *People v Braun,* 133 AD2d 702). Bracken, J. P., Copertino, Santucci, Florio and McGinity, JJ., concur.